## No. 6134.

STATE EX REL. MRS. E. E. MEUX VS. JUDGE OF THE FOURTH DISTRICT COURT, PARISH OF ORLEANS.

The relator prays for a mandamus to compel the defendant to sign a judgment on rule rendered by him. The judgment, being the final act of the judge *a quo* in the said proceeding, is the end of the suit in his court, and is therefore not interlocutory, but a final one, which is required to be signed.

APPLICATION for a mandamus against the the Judge of the Fourth District Court, parish of Orleans. *J. J. Foley*, for relator. *Judge Lynch*, respondent, *in propria persona*.

LUDELING, C. J. The relator prays for a mandamus to compel the defendant to sign a judgment rendered by him under the following circumstances:

Mrs. V. Burk, testamentary executrix, took a rule against the sheriff to compel him to put her in possession of certain real property which had been sold by the sheriff. Mrs. Meux, with leave of the court,

State ex rel. Mrs. E. E. Meux vs. Judge of the Fourth District Court.

intervened in the suit and opposed the application of Mrs. Burk, testamentary executrix. There was a judgment in favor of the plaintiff in the rule, and the relator wants the judge to sign that judgment so that she may appeal.

The judge's answer, in substance, is that there is no necessity for his signature, as it is only an interlocutory order.

We think otherwise. The judgment rendered on the rule is the final act of the judge a quo in the said proceeding; it is the end of the suit in his court, and is therefore a final judgment, which is required to be signed.

It is therefore ordered that the mandamus be made peremptory.